1  CHRISTOPHER CHORBA (SBN 216692)
   cchorba@gibsondunn.com
2  TIMOTHY W. LOOSE (SBN 241037)
   tloose@gibsondunn.com
3  CHELSEA NORELL (SBN 280831)
   cnorell@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California  90071-3197
   Telephone: (213) 229-7000
6  Facsimile: (213) 229-7520

7  Attorneys for Defendants Toyota Motor North America,
   Inc. and Toyota Motor Sales, U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNITA EMERSON, | Case No. 3:14-cv-02842-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TOYOTA MOTOR NORTH AMERICA, INC., a California corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, | |
| | Action Filed: June 19, 2014 |
| Defendants. | Trial Date:  Not set |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR
MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 14-cv-02842-JST

WHEREAS, Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc. intend to move to transfer this action to the Central District;

WHEREAS, due to deadlines in other matters, vacation plans, and holiday-related commitments, counsel for Plaintiff Annita Emerson requested, and Defendants agreed, to a briefing schedule whereby Plaintiff's response to the Motion to Transfer will not be filed until October 7, 2014;

WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties have agreed, subject to the Court's approval, to the following briefing and hearing schedule on Defendants' Motion to Transfer:  (a) Defendants' Motion to Transfer and all supporting papers will be filed by September 12, 2014; (b) Plaintiff's Opposition and all supporting papers will be filed by October 7, 2014; (c) Defendants' Reply brief and all supporting papers will be filed by October 28, 2014; and (d) the hearing on Defendants' Motion to Transfer will occur on November 13, 2014, at 2:00 p.m., or the next day available for the Court; and

WHEREAS, the parties also stipulate and respectfully request that the Court continue the date of the Case Management Conference from October 8, 2014, to the same date as the hearing on Defendants' Motion to Transfer (November 13, 2014).

WHEREAS, the parties respectfully submit that this brief continuance increases efficiency, and also is in the interests of judicial economy as the Court will have the benefit of Defendants' fully-briefed transfer motion before it proceeds to consider case scheduling issues, and the parties note that there have been no previous continuances of the Case Management Conference.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel, and subject to the approval of this Court, that:

1. Defendants' Motion to Transfer and all supporting papers will be filed by September 12, 2014; Plaintiff's Opposition and all supporting papers will be filed by October 7, 2014; Defendants' Reply brief and all supporting papers will be filed by October 28, 2014; and the hearing on Defendants' Motion to Transfer will occur on November 13, 2014, at 2:00 p.m., or the next day available for the Court.

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR
MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 14-cv-02842-JST

1

2. The Case Management Conference shall be continued to the same date as the hearing on Defendants' Motion to Transfer (November 13, 2014, or the next available date), and the parties shall submit a joint case management statement no later than October 30, 2014.

DATED: September 9, 2014                    AHDOOT & WOLFSON, PC

                 By   */s/ Tina Wolfson*
                     TINA WOLFSON

                 *Attorney for Plaintiff Annita Emerson*

DATED: September 9, 2014                    GIBSON, DUNN & CRUTCHER LLP

                 By:   */s/ Christopher Chorba*
                     CHRISTOPHER CHORBA

                 *Attorney for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.*

**Attorney Attestation**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: September 9, 2014                    GIBSON, DUNN & CRUTCHER LLP

                 By:   */s/ Christopher Chorba*
                     CHRISTOPHER CHORBA

                 *Attorney for Defendants Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.*

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR
MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 14-cv-02842-JST

**PROPOSED ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. It is HEREBY ORDERED that:

1. Defendants' Motion to Transfer and all supporting papers will be filed by September 12, 2014; Plaintiff's Opposition and all supporting papers will be filed by October 7, 2014; Defendants' Reply brief and all supporting papers will be filed by October 28, 2014; and the hearing on Defendants' Motion to Transfer will occur on November 13, 2014, at 2:00 p.m., or the next day available for the Court.

2. The Case Management Conference shall be continued to the same date as the hearing on Defendants' Motion to Transfer (November 13, 2014, or the next available date), and the parties shall submit a joint case management statement no later than October 30, 2014.

DATED:  September 10, 2014



3

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR
MOTION TO TRANSFER AND CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 14-cv-02842-JST